IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL IMAGE TECHNOLOGY, INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-1447 |
| vs. | ) | |
| | ) | Hon. David S. Cercone |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## STIPULATED ORDER OF DISMISSAL OF CLAIMS

Plaintiff Crystal Image Technology, Inc. ("CIT"), and defendant, Samsung Electronics Co., Ltd., ("Samsung") have reached agreement on a settlement of all claims brought in this action between plaintiff and defendant and on the basis of the settlement reached, plaintiff and defendant hereby voluntarily dismiss with prejudice all claims and counterclaims brought against each other.

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1.     Except as stated in paragraph 5 below, CIT and Samsung hereby dismiss all claims and counterclaims related to infringement of the Patents-in-Suit that were or could have been brought against each other in this Civil Action with prejudice.

2.     Except as stated in paragraph 5 below, Samsung hereby dismisses all counterclaims related to the validity and enforceability of the Patents-in-suit that were or could have been brought by Samsung in this Civil Action with prejudice.

3.     CIT and Samsung shall bear their own costs and attorneys' fees.

1

4.    CIT reserves all their rights against any potential future defendants and nothing in this order waives, releases, or adjudicates such rights.

5.    Samsung reserves and retains the right to assert any defense, including non-infringement, invalidity and unenforceability, in the event it is sued for infringement of the patent asserted in this Civil Action by any party.

6.    The Court shall retain jurisdiction of this matter to enforce the terms of the Agreement between CIT and Samsung.

SO ORDERED:

Dated:    11 - 30 - 07

United States District Judge

AGREED:

Jeffrey K. Sherwood
jsherwood@akingump.com
Frank C. Cimino, Jr.
fcimino@akingump.com
Jin-Suk Park
jspark@akingump.com
John D. Simmons
jsimmons@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tele: (202) 887-4440
Fax: (202) 887-4288

Bernard D. Marcus
marcus@marcus-shapira.com
Marcus & Shapira, LLP
One Oxford Center, 35th Floor

Respectfully submitted,

John E. Hall
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
(412) 566-6000
Fax:  (412) 566-6099
Jhall@eckertseamans.com

Raymond P. Niro
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
 (312) 236-0733
Fax: (312) 236-3137

2

Pittsburgh, PA 15219
Tel: (412) 471-3940
Fax: (412) 471-8758

*Attorneys for Defendant Samsung Electronics
Co., LTD.*

niro@nshn.com
gasey@nshn.com
gibbons@nshn.com
dhall@nshn.com

*Attorneys   for   Plaintiff   Crystal   Image
Technologies, Inc.*

3